Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DALZELL CORPORATION, a California corporation; and BRUCE LAWRENCE HAMMON, an individual,<br><br>Defendants. | Case No.:  C12-1379 YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>  AND ORDER |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendants DALZELL CORPORATION, a California corporation, and BRUCE LAWRENCE HAMMON, an individual.  Defendants have not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 19th day of February, 2013, at San Francisco, California.

                                        SALTZMAN & JOHNSON
                                        LAW CORPORATION
                                  By:         /s/
                                        Muriel B. Kaplan
                                        Attorneys for Plaintiffs

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C12-1379 YGR**

G:\YGRALL\ECF-Ready\12-1379, Bay Area Painters v Dalzell Corp-Order of Dismissal.docx

1  **IT IS SO ORDERED.**

2      This case is **DISMISSED WITHOUT PREJUDICE**.

3

4  Date: February 26, 2013            _____
                                          **YVONNE GONZALEZ ROGERS**

5                                                 **UNITED STATES DISTRICT COURT JUDGE**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **February 19, 2013**, I served the following document(s) on the parties to this action in the manner described below:

**NOTICE OF VOLUNTARY DISMISSAL**

XX  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

| | |
|---|---|
| **Dalzell Corporation**<br>**c/o Bruce L. Hammon**<br>**Agent for Service of Process**<br>**2434 Chestnut Street**<br>**Oakland, California 94607** | **Bruce Lawrence Hammon**<br>**2434 Chestnut Street**<br>**Oakland, California 94607** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of February, 2013, at San Francisco, California.

/s/
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C12-1379 YGR**

G:\YGRALL\ECF-Ready\12-1379, Bay Area Painters v Dalzell Corp-Order of Dismissal.docx